UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

SHELDON JAMAL WILLIAMS,

     Defendant-Movant,                    Case No. 1:22-cv-523

v.                                       Honorable Paul L. Maloney

UNITED STATES OF AMERICA,

     Plaintiff-Respondent.
_____/

## JUDGMENT

In accordance with the opinion and order issued this date:

**IT IS ORDERED** that judgment is entered in favor of Plaintiff-Respondent and against Defendant-Movant in this § 2255 proceeding.

Dated:   October 10, 2024               /s/ Paul L. Maloney
                                         Paul L. Maloney
                                         United States District Judge